## TINSLEY v. STATE.
### No. 26028.

Court of Criminal Appeals of Texas.

Nov. 12, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

The conviction is on a plea of guilty before the court for the offense of selling whisky in a dry area, the punishment being a fine of $250.

No statement of facts or bills of exception are found in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.